IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA SISNEROS,

    Plaintiff,

v.                                                       No. CV 09-0143 ACT/GBW

CREAMLAND DAIRIES, LLC,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's and Defendant's Joint Motion To Extend Deadlines (*Doc. 28*), filed June 16, 2009. The motion will be denied. I have spoken with the parties and the dates previously set in the Initial Scheduling Order, filed on June 11, 2009 (*Doc. 27*), stand.

Therefore,

**IT IS ORDERED** that Plaintiff's and Defendant's Joint Motion To Extend Deadlines (*Doc. 28*), is **DENIED**.

_____
UNITED STATES MAGISTRATE JUDGE